UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                  :

**MICHAEL HALL**,
                  :

          Petitioner,
                  :  **ORDER**

      – against –
                  :  25-CV-189 (AMD)

                  :

**KINGS COUNTY SUPREME COURT**,
                  :

          Respondent.
                  :
-------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

On January 13, 2025, the *pro se* petitioner commenced this action pursuant to 28 U.S.C. § 2254.  (ECF No. 1.)   On May 20, 2025, the Court issued an Order to Show Cause which required the petitioner to "(1) state the jurisdictional basis of relief; (2) identify the grounds on which he seeks relief; (3) state whether he has been convicted and sentenced (including dates), and (4) whether he has fully exhausted his claims by presenting the grounds for relief to the state courts.  (ECF No. 5 at 5.)  The Court directed the petitioner to respond within thirty days, and explained that his case would be dismissed without prejudice if he did not comply within the time allowed.  (*Id.*)

The petitioner has not responded to the Order to Show Cause and the time for doing so has passed.  Accordingly, this action is dismissed without prejudice.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is respectfully directed to mark this case closed and to send a copy of this Order to the petitioner and note the mailing on the docket.

**SO ORDERED.**

s/Ann M. Donnelly

ANN M. DONNELLY

United States District Judge

Dated: Brooklyn, New York

June 20, 2025